IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOE DEAN MEADOWS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3204

Opinion filed August 11, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

D. Andrew Vloedman of Perry, Vloedman, and Brady, Gainesville, for Petitioner.

No appearance for Respondent.

PER CURIAM.

      DENIED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.